**Appeal Dismissed and Memorandum Opinion filed July 31, 2018.**



In The

# Fourteenth Court of Appeals

NO. 14-18-00395-CR
NO. 14-18-00396-CR

**MARQUS SIRLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1541904 and 1542051**

## M E M O R A N D U M   O P I N I O N

These companion appeals are from judgments of conviction signed April 23, 2018 in cause number 1541904 (aggravated robbery with a deadly weapon) and cause number 1542051 (aggravated sexual assault). On April 23, 2018, appellant tendered a notice of appeal from each judgment (which was filed by the district clerk on April 24, 2018). Each notice was signed by Thomas Lewis, appellant's trial counsel, and contained a request by Lewis to withdraw as counsel. Also on April 23,

2018, the trial court signed an order in each case granting Lewis' request to withdraw and appointing Scott Pope of the Harris County Public Defender's Office to represent appellant on appeal. The Harris County District Clerk assigned the appeals to this court, where they were docketed as appeal numbers 14-18-00347-CR and 14-18-00348-CR, respectively.

On May 2, 2018, Pope filed a notice of appeal from the judgment in each of the underlying causes. The district clerk again assigned the appeals to this court, where they were docketed as appeal numbers 14-18-00395-CR and 14-18-00396-CR, respectively.

Appeal number 14-18-00395-CR appears to be duplicative of appeal number 14-18-00347-CR, and appeal number 14-18-00396-CR appears to be duplicative of appeal number 14-18-00348-CR. On July 16, 2018, we notified the parties that we would dismiss appeal numbers 14-18-00395-CR and 14-18-00396-CR unless any party showed meritorious grounds for retaining those appeals. On July 17, 2018, appellant's counsel filed a letter agreeing the appeals are duplicative and should be dismissed.

Appeal numbers 14-18-00395-CR and 14-18-00396-CR are **DISMISSED**. Appeal numbers 14-18-00347-CR and 14-18-00348-CR remain pending.


PER CURIAM


Panel consists of Justices Jamison, Wise, and Jewell.
Do Not Publish — TEX. R. APP. P. 47.2(b).